IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-3017 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) |
| MARCUS ALAN VINCENT URELIUS, | Receipt of Child Pornography |
| Defendant. | Count 2 |
| | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The Grand Jury charges:

<u>Count 1</u>
**Receipt of Child Pornography**

Between on or about April 1, 2021, and January 12, 2022, in the Northern District of Iowa and elsewhere, the defendant, MARCUS ALAN VINCENT URELIUS, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

1

## Count 2
## Possession of Child Pornography

Between on or about April 1, 2021, and January 12, 2022, in the Northern District of Iowa and elsewhere, the defendant, MARCUS ALAN VINCENT URELIUS, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

/s/Foreperson

Grand Jury Foreperson       Date 7/13/22

TIMOTHY T. DUAX
Acting United States Attorney

By: [signature]

KRAIG R. HAMIT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

JUL 1 3 2022

And filed
PAUL DE YOUNG, CLERK

2