AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR22-3017 |
| | ) | |
| MARCUS ALAN VINCENT URELIUS | ) | **RECEIVED** |
| | ) | By US Marshals N Iowa at 11:22 am, Jul 14, 2022 |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARCUS ALAN VINCENT URELIUS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

receipt and possession of child pornography in violation of 18 USC 2252(a)(2), 2252(b)(1), 2252A(a)(5)(B), and 2252A(b)(2)

Date: July 13, 2022

*Issuing officer's signature*

City and state: Sioux City, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/14/2022, and the person was arrested on *(date)* 7/20/2022
at *(city and state)* Farnhamville, IA.

Date: 7/21/2022

*Arresting officer's signature*

C. Natchild DUSM
*Printed name and title*