IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 22-CR-3017-LTS-KEM |
| v. ) | |
| ) | |
| ) | NOTICE OF INTENT TO PLEAD |
| ) | GUILTY AND REQUEST FOR |
| MARCUS ALAN VINCENT URELIUS, ) | EXTENSION OF PLEA ENTRY |
| ) | DEADLINE *(UNRESISTED)* |
| Defendant. ) | |

COMES NOW, Defendant Marcus Alan Vincent Urelius, to file notice of his intent to plead guilty and request an extension of the plea entry deadline. In support counsel states:

1. Mr. Urelius was charged in a two-count Indictment with receipt of child pornography and possession of child pornography. He now intends to plead guilty to Count 2 of the Indictment. Because of his desire to plead guilty, he also wishes to have his trial and related deadlines stricken.

2. The plea entry deadline is October 3, 2022.

3. Mr. Urelius is pleading guilty pursuant to a plea agreement.

4. Mr. Urelius is currently on pretrial release and has not had any reported violations. He requests a plea hearing in early December to finish harvest.

5. AUSA Kraig Hamit does not resist an extension of the plea entry deadline.

6. Mr. Urelius does not require an interpreter.

WHEREFORE, Marcus Alan Vincent Urelius requests that the Court schedule a plea hearing in early December.

> Respectfully submitted,
>
> FEDERAL DEFENDER'S OFFICE
> 701 Pierce Street, Suite 400
> Sioux City, Iowa   51101
> Telephone:   712-252-4158
> Fax:   712-252-4194
> E-mail:   Timothy_Herschberger@fd.org
>
> By:   /s/ Brittany Hedstrom
> BRITTANY HEDSTROM
> ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on September 7, 2022, I filed this document via ECF, which will serve notice of its filing to the assigned AUSA.

/s/ Geralynn Fjeldheim